# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| Commonwealth of Pennsylvania Ex Rel: Michael John Piskanin, Jr., | No. 47 MAP 2013 |
| Appellant | |
| v. | |
| John Wetzel as secretary Pennsylvania Department of Corrections; and Pennsylvania Department of Corrections; and Secretary and Board of Pennsylvania Board of Probation and Parole; and SCI Cresson Superintendent Kenneth Cameron; and Tom Corbett Esq. as Governor of the Commonwealth of Pennsylvania; and John Doe and-or Corizon medical contractor; and Honorable Kelly L. Banach and U.S. Attorney Michael Levy, Esq., individually, jointly and Severally in their official capacities and as persons acting in concert with Unholy Trio Gang to retaliate against petitioner Michael John Piskanin Jr. as a Federal Law Enforcement Operative-Contractor-employee for agents of and the Federal Bureau of Investigation, | |
| Appellees | |

## ORDER

**PER CURIAM**                                    **FILED:  November 6, 2014**

**AND NOW**, this 6th day of November, 2014, the above captioned appeal is quashed for failure to file a brief.